McCrimmon v. Brundage et al.—Opinion of Court.

CHARLES T. MCCRIMMON, PLAINTIFF IN ERROR, v. JAMES T. BRUNDAGE AND CHAS. W. MILLER, PARTNERS, DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF THE MIAMI TRANSFER COMPANY, DEFENDANTS IN ERROR.

An oral contract which is agreed to be reduced to writing is not complete until fully executed by delivery of the writing.

This case was decided by the Court En Banc.

Writ of error to the circuit court for Dade county.

*Alex. St. Clair-Abrams* and *H. F. Atkinson,* for Plaintiff in Error;

*Bisbee & Bedell,* for Defendants in Error.

PER CURIAM: The plaintiffs declared upon a "contract which was oral, but which the defendants agreed to reduce to writing, and which was reduced to writing," to which a plea was interposed denying the contract in the language of the declaration. Issue was joined upon this plea, and at the conclusion of the evidence a verdict was directed for the defendant.

An oral contract which is agreed to be reduced to writing is not complete until fully executed by delivery. 9 Cyc. 280 and cases cited.

The evidence was conclusive that there was no delivery of the written contract, and such also is the admission in a replication filed to other pleas. There was, therefore, no error in directing the verdict, and the judgment thereon is affirmed.

All concur, except WHITFIELD, J., who dissents.